**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TASHA GREEN CRUZAT,

     Plaintiff/Counter-Defendant,

                                      Case No. 21-cv-05643

     v.

YWCA METROPOLITAN CHICAGO,

     Defendant/Counter-Plaintiff,

     v.

CHILDREN'S ADVOCATES FOR CHANGE,

     Third-Party Defendant.

## STIPULATION TO DISMISS

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is voluntarily dismissed without prejudice, with leave to reinstate, pending payment of the settlement amounts described in the parties' Settlement Agreement ("the Settlement Payments"). The dismissal without prejudice shall automatically convert to a dismissal with prejudice after 30 days from the entry of this Stipulation to Dismiss, with each party to bear its own fees and costs; provided, however, that if the Settlement Payments have not been made in full within that 30-day period, the case will not be dismissed with prejudice until the later of (i) an additional 30 days, or (ii) payment in full of the Settlement Payments.

                      Respectfully submitted,

TASHA GREEN CRUZAT          YWCA METROPOLITAN CHICAGO
Plaintiff/Counter-Defendant      Defendant/Counter-Plaintiff


By   */s/ Brenda H. Feis*         By   */s/ Julia P. Argentieri*
     One of Her Attorneys             One of Its Attorneys

Brenda H. Feis
Elisabeth G. Mustoe
FEIS GOLDY LLC
161 N. Clark Street
Suite 1600
Chicago, IL 60601
(312) 523-2200
bfeis@feisgoldy.com

Julia P. Argentieri
Daniel T. Corbett
JACKSON LEWIS P.C.
150 North Michigan Avenue,
Suite 2500
Chicago, IL 60601
(312) 787-4949
Julia.Argentieri@jacksonlewis.com
Daniel.corbett@jacksonlewis.com


CHILDREN'S ADVOCATES FOR CHANGE
Third-Party Defendant


By   _/s/ Vincent T. Borst_____
        One of Its Attorneys

Vincent T. Borst
Rita W. Garry
ROBBINS DIMONTE, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000
vborst@robbinsdimonte.org
rgarry@robbinsdimonte.org


May 18, 2022