**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Tasha Green Cruzat

                              Plaintiff,

v.                                                    Case No.: 1:21−cv−05643
                                                      Honorable John F. Kness

YWCA Metropolitan Chicago

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 24, 2022:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the District
Judge's dismissal of this case [42], all matters relating to the referral of this case have been
resolved. Status hearing set for 5/31/22 before Magistrate Judge Gilbert is hereby stricken
with no appearance required. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.